UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James J. Galman,

       Plaintiff,                       Civil No. 06-308 (RHK/JSM)

vs.                              **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Jardine Logan & O'Brien Long Term
Disability Plan and The Prudential Insurance
Company of America,

       Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 15, 2006

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge